

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     RE:   *United States* **v.** *Rayquan Turner*, **20 Cr. 302 (NRB)**

Dear Judge Buchwald:

     The Government writes to respectfully request that the Court exclude time from today until the next conference date in the above-referenced case, which is currently scheduled for no later than October 7, 2020. A status conference was previously set for September 22, 2020 and time was excluded until that date. The date has now been adjourned due to scheduling issues, and the conference is expected to occur by October 7, 2020 at the latest. The exclusion of time will allow defense counsel to continue to review discovery and to determine whether any motions will be filed. Accordingly, the Government submits that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defendant consents to this request.

```
Application granted.  The
Court excludes time under
the Speedy Trial Act
through October 7, 2020.
18 U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Jamie Bagliebter
Assistant United States Attorney
(212) 637-2236

*[signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        September 23, 2020
```

cc: Defense Counsel (via ECF)