UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

RAYQUAN TURNER,

                              Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

20-CR-302 (NRB)

Defendant __RAYQUAN TURNER__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

RAYQUAN TURNER_____  
Print Defendant's Name

s/ Jocelyn E. Strauber_____  
Defendant's Counsel's Signature

_JOCELYN E. STRAUBER_____  
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

October 2, 2020  
Date

_____  
U.S. District Judge/~~U.S. Magistrate Judge~~