```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,


                                                    ORDER
          - against -
                                               20 Cr. 302 (NRB)


RAYQUAN TURNER,

                    Defendant.
-----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

As stated on the record at the September 30, 2020 conference, the defendant's motion to reconsider Chief Judge McMahon's denial of his April 13, 2020 bail application and to be released from custody is denied.

The record before Judge McMahon and this Court amply supported the determination that the defendant poses a danger to the community and is a flight risk.  The only development following Judge McMahon's decision in April was that the outstanding state parole warrant had been vacated.  As a practical matter, the existence of that outstanding warrant only meant that the defendant would have been taken into state custody had he been released from federal custody.  The elimination of that practical consideration did not materially bear on this Court's judgment that the defendant remains a danger to the community and is a flight risk.

Accordingly, there was no basis to alter Judge McMahon's decision on bail.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 20.

Dated:   New York, New York
         October 14, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE