UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAYQUAN TURNER,

          Defendant.

20-CR-302 (NRB)

**SCHEDULING ORDER FOR DEFENDANT'S PRE-TRIAL MOTIONS**

WHEREAS, the defense has requested an extension of time for the filing of pre-trial motions and the government has consented, IT IS HEREBY ORDERED that the following briefing schedules shall apply to Defendant's pre-trial motions:

With respect to Defendant's potential pre-trial motion related to DNA evidence:

1. Defendant's motion is due January 26, 2021.

2. The government's response is due February 26, 2021.

3. Defendant's reply is due March 8, 2021.

With respect to Defendant's pre-trial motion to suppress physical evidence:

1. Defendant's motion is due December 4, 2020.

2. The government's response is due January 7, 2021.

3. Defendant's reply is due January 18, 2021.

```
Based on the foregoing, the Court excludes time under
the Speedy Trial Act until March 8, 2021.  See 18
U.S.C. § 3161(h)(7)(A).
```

SO ORDERED:

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2020, 2020
New York, New York