UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAYQUAN TURNER,

Defendant.

20-CR-302 (NRB)

SCHEDULING ORDER FOR
DEFENDANT'S MOTION
TO SUPPRESS

WHEREAS, the defense has requested an extension of time for the filing of a motion to suppress physical evidence and the government has consented, IT IS HEREBY ORDERED that the following briefing schedule shall apply to Defendant's motion to suppress physical evidence:

1. Defendant's motion is due January 27, 2021.

2. The government's response is due February 24, 2021.

3. Defendant's reply is due March 8, 2021.

SO ORDERED:

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: _December 28_, 2020
New York, New York