UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAYQUAN TURNER,<br><br>                Defendant. | 20-CR-302 (NRB)<br><br>**SCHEDULING ORDER FOR DEFENDANT'S PRE-TRIAL MOTIONS** |

      WHEREAS, the defense has requested an extension of time for the filing of pre-trial motions and the government has consented, IT IS HEREBY ORDERED that the following briefing schedules shall apply to Defendant's pre-trial motions:

      With respect to Defendant's pre-trial motion to suppress physical evidence:

           1.    Defendant's motion is due February 23, 2021.

           2.    The government's response is due March 23, 2021.

           3.    Defendant's reply is due April 2, 2021.

      With respect to Defendant's potential pre-trial motion to suppress DNA evidence:

           1.    Defendant's motion is due February 23, 2021.

           2.    The government's response is due March 23, 2021.

           3.    Defendant's reply is due April 2, 2021.

SO ORDERED:

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  January 25        , 2021
New York, New York