UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAYQUAN TURNER,

    Defendant.

20-CR-302 (NRB)

SCHEDULING ORDER FOR DEFENDANT'S PRE-TRIAL MOTIONS

WHEREAS, the defense has requested an extension of time for the filing of pre-trial motions and the government has consented, IT IS HEREBY ORDERED that the following briefing schedules shall apply to Defendant's pre-trial motions:

With respect to Defendant's pre-trial motion to suppress physical evidence:

1. Defendant's motion is due April 15, 2021.

2. The government's response is due May 14, 2021.

3. Defendant's reply is due May 21, 2021.

With respect to Defendant's potential pre-trial motion to suppress DNA evidence:

1. Defendant's motion is due April 15, 2021.

2. The government's response is due May 14, 2021.

3. Defendant's reply is due May 21, 2021.

SO ORDERED:

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: ___February 23___, 2021
New York, New York