# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 17, 2021

**VIA CM/ECF**

Hon. Naomi R. Buchwald
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE: <u>United States v. Rayquan Turner</u>, 20-cr-302 (NRB)

Dear Judge Buchwald:

I represent Rayquan Turner in the above-captioned matter, in which sentencing is currently scheduled for June 21, 2021.

I write to respectfully seek an extension of approximately two weeks' time to file objections to the draft Pre-Sentence Report ("PSR") — currently due on May 17, 2021 — to May 28, 2021. We received the draft PSR from U.S. Probation Officer Ashley Geiser on May 3, 2021. Since receiving the draft PSR, we have encountered a number of logistical obstacles in contacting Mr. Turner, who is currently incarcerated in the Special Housing Unit of the New York Metropolitan Correctional Center. Despite multiple scheduled calls, we have been unable to fully and thoroughly review the draft PSR with Mr. Turner, and we therefore request this additional time to file our objections. This is Mr. Turner's first request for an extension of time to file objections.

AUSA Nichols and U.S. Probation Officer Geiser do not object to this request. Should your Honor grant the extension, Officer Geiser respectfully requests

*[Handwritten annotation: Application granted. [signature] Buchwald, USDJ 5/18/21]*

Hon. Naomi R. Buchwald
May 17, 2021
Page 2

an extension of two weeks for the PSR second disclosure, currently due May 28, 2021, to June 11, 2021.

Counsel is mindful that Mr. Turner's sentencing submission is due June 9, and the government's submission is due June 16. Should counsel require an extension of time for Mr. Turner's sentencing submission (in light of the extension requested herein), counsel will promptly contact the Court.

Respectfully submitted,

/s/ *Jocelyn E. Strauber*

Jocelyn E. Strauber

cc: Assistant U.S. Attorney Alison Nichols (via ECF)
Assistant U.S. Attorney Jamie E. Bagliebter (via ECF)
Officer Ashley Geiser, U.S. Probation Department (via email)